# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

VALERIE DAVIS and JAMES H.
HARRIS,

        Plaintiffs,

v.                              CASE NO.  4:13cv31-RH/CAS

FLORIDA AGENCY FOR HEALTH
CARE ADMINISTRATION,

        Defendant.

_____/

## ORDER ON ATTENDANCE AT THE PRETRIAL CONFERENCE

The plaintiffs' motion to excuse their assisting attorneys from attending the pretrial conference, ECF No. 47, is GRANTED.

SO ORDERED on November 16, 2013.

                        s/Robert L. Hinkle_____
                        United States District Judge